**Christopher EDDY, et al., petitioners, v. UNITED STATES, et al. No. 83–1638.**

Supreme Court of the United States.

June 18, 1984. The motion of Cherokee Nation of Oklahoma, et al. for leave to file a brief as *amici curiae* in No. 83–1555 is granted. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.